# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of T.P, A.P.1, and A.P.2, children.


A.P.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.


No. 2D2026-0114

_____

July 17, 2026

Appeal from the Circuit Court for Hillsborough County; Richard H. Martin, Judge.

David A. Dee, Tampa, for Appellant.

Mary Soorus, Appellate Counsel, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian Ad Litem Office.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.